**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:21-CR-** 29 |
| | : | |
| **DEVON ANTONIO FUTRELL** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **18 U.S.C. § 924(a)(2)** |
| | : | **18 U.S.C. § 924(d)(1)** |
| | : | **28 U.S.C. § 2461(c)** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Possession of a Firearm by a Convicted Felon)**

On or about February 21, 2021, and continuing to March 3, 2021, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DEVON ANTONIO FUTRELL,**

Defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Smith & Wesson, Model: M&P 40 Shield, .40 caliber semi-automatic pistol, Serial Number: HLL7033, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT TWO**
**(Possession of a Firearm by a Convicted Felon)**

On or about March 3, 2021, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DEVON ANTONIO FUTRELL,**

Defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is:

| Quantity | Firearm Description | Serial Number |
|---|---|---|
| 1 | Davis Industries, Model: P-380, .380 caliber semi-automatic pistol | AP106700 |
| 1 | Bersa, Model: 383DA, .380 caliber semi-automatic pistol | 148406 |
| 1 | FIE, Model: Standard, .38 caliber revolver | ST23405 |
| 1 | Taurus, Model: PT-22, .22 caliber semi-automatic pistol | Z049695 |
| 1 | Calwestco, Inc., Model: J22, .22 caliber semi-automatic pistol | 597762 |
| 1 | Hi-Point, Model: C9, 9mm semi-automatic pistol | P1227977 |
| 1 | Springfield Armory, Model: XDE, 9mm semi-automatic pistol | HE948429 |
| 1 | Sig Sauer, Model: SP-2022, 9mm semi-automatic pistol | 24B143015 |
| 1 | Mossberg, Model: 500A, 12-gauge shotgun | R397582 |

| Quantity | Firearm Description | Serial Number |
|---|---|---|
| 1 | FIE, Model: Titan, .25 caliber semi-automatic pistol | DE10760 |
| 1 | Baikal, 12-gauge shotgun | 0015328880 |
| 1 | Harrington & Richardson, Model: Sportsman, .22 caliber revolver | B2448 |
| 1 | Del-Ton, Inc., Model: DTI-15, .556 caliber semi-automatic rifle | DTI-S231042 |

said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Counts One and Two of this Indictment, the Defendant,

**DEVON ANTONIO FUTRELL,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
ACTING UNITED STATES ATTORNEY
Presented by:

JOY ODOM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of June, 2021.

Deputy Clerk